Case 1:21-cr-20441-JLK   Document 1   Entered on FLSD Docket 08/26/2021   Page 1 of 5

FILED by **KS** D.C.

Aug 26, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21- 20441-CR-KING/BECERRA

CASE NO. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

v.

**KATHI RALPH SMITH,**

      **Defendant.**
_____/

## INFORMATION

The Acting United States Attorney charges that:

From on or about March 1, 2017, through on or about June 30, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KATHI RALPH SMITH**

did knowingly and willfully embezzle, steal, purloin, and convert to her own use, money of the United States and a department and agency thereof, that is, the United States Department of Labor Administration, the aggregate amount of which exceeds $1,000, that is, Federal Employee Compensation Act benefits, to which the defendant was not entitled, in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

1.     The allegations in this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **KATHI RALPH SMITH,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth at Title 21 United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
JODI RAFT
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | |
| KATHI RALPH SMITH | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendant._____ / | Superseding Case Information: |

**Court Division:** (Select One)

☑ Miami ☐ Key West ☐ FTL
☐ WPB ☐ FTP

New defendant(s) ☐ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days         ☑
   II   6 to 10 days        ☐
   III  11 to 20 days       ☐
   IV   21 to 60 days       ☐
   V    61 days and over    ☐

   (Check only one)
   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

_____
Jodi Raft
Special Assistant United States Attorney
Court ID No.

*Penalty Sheet(s) attached                                                                          REV 3/19/21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>Kathi Ralph Smith</u>

**Case No:** _____

Count #: 1

<u>Theft of Government Funds</u>

<u>18 U.S.C. § 641</u>

<u>**\* Max. Penalty:**</u> <u>Ten (10) years' imprisonment</u>

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | |
| Kathi Ralph Smith ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____Rachel Kuhl_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*